# Athens County, Ohio - Property Record Card
## Parcel: G020030007800

### GENERAL PARCEL INFORMATION

| | |
|---|---|
| Owner | SHULER JERALD D |
| Address | 51  JACOBS AVE |
| Land Use | (510) R - SINGLE FAMILY DWELLING, PLATTED LOT |
| Class | RESIDENTIAL |
| Legal Description | SEC 20  .31A CHAUNCEY 6 |
| City | CHAUNCEY CORPORATION |
| Township | DOVER TOWNSHIP |
| School | ATHENS CITY SCHOOL DISTRICT |

### VALUATION

| | Appraised | Assessed |
|---|---|---|
| Land Value | $3,980.00 | $1,390.00 |
| Building Value | $52,810.00 | $18,480.00 |
| Total Value | $56,790.00 | $19,870.00 |
| CAUV Value | $0.00 | |
| Taxable Value | | $19,870.00 |

### TAX - Tax Year 2016 Payable 2017

| | | |
|---|---|---|
| Prior Delinquency | $0.00 | For the most current tax information, please contact the Athens County Treasurer at 740-592-3231. |
| Full Year Total | $1,720.01 | |
| Payments | ($611.61) | |
| Half Year Due | $554.20 | |
| Full Year Due | $1,108.40 | |

### LAND

| Description | Frontage | Depth | Acreage | SqFt | Value |
|---|---|---|---|---|---|
| 1 - | 90 | 150 | N/A | N/A | $3,980 |

### MAP



### AGRICULTURAL

| Soil | Soil Use Code | Soil Type | Use Type | Acres | Value |
|---|---|---|---|---|---|
| | | | | | |

### SALES

| Date | Buyer | Seller | Price | Validity |
|---|---|---|---|---|
| 6/2/2011 | SHULER JERALD D | DLJ MORTGAGE CAPITAL INC | $33,000.00 | 5 LIQUIDATION/FORECLOSURE |
| 5/12/2011 | DLJ MORTGAGE CAPITAL INC | O'NAIL MICHAEL K & | $20,000.00 | 5 LIQUIDATION/FORECLOSURE |
| 5/1/1988 | | | $40,000.00 | 1 MULTIPLE PARCELS QUALIFIED |

# Athens County, Ohio - Property Record Card

**Parcel: G020030007800  Card: 1**



## GENERAL PARCEL INFORMATION

| | |
|---|---|
| Owner | SHULER JERALD D |
| Address | 51  JACOBS AVE |
| Land Use | (510) R - SINGLE FAMILY DWELLING, PLATTED LOT |
| Class | RESIDENTIAL |
| Legal Description | SEC 20  .31A CHAUNCEY 6 |
| City | CHAUNCEY CORPORATION |
| Township | DOVER TOWNSHIP |
| School | ATHENS CITY SCHOOL DISTRICT |

## SKETCH



## RESIDENTIAL

| | | | |
|---|---|---|---|
| Building Style | RAISED RANCH | Full Baths | 2 |
| Sq. Ft. | 1296 | Half Baths | 0 |
| Year Built | 1975 | Basement | NONE |
| Stories | 1 | Basement Area | 0 |
| Exterior Wall | ALUMINUM/VINYL | Rec Room Area | 0 |
| Rooms | 5 | Heat Fuel Type | ELECTRIC |
| Bedrooms | 3 | Heat/Cool | CENTRAL |
| Family Rooms | 0 | Attic | NONE |
| Fireplace Openings(Stacks) | 0(0) | Trim | 408 |

## IMPROVEMENTS

| Description | Year Built | Dimensions | App. Value |
|---|---|---|---|
| | | | |