# Athens County, Ohio - Property Record Card
## Parcel: G020030007900

### GENERAL PARCEL INFORMATION
| | |
|---|---|
| Owner | SHULER JERALD D |
| Address | 0 JACOBS AVE |
| Land Use | (500) R - RESIDENTIAL, VACANT LAND, LOT |
| Class | RESIDENTIAL |
| Legal Description | SEC 20 .31A CHAUNCEY 6 |
| City | CHAUNCEY CORPORATION |
| Township | DOVER TOWNSHIP |
| School | ATHENS CITY SCHOOL DISTRICT |

### VALUATION
| | Appraised | Assessed |
|---|---|---|
| Land Value | $3,980.00 | $1,390.00 |
| Building Value | $0.00 | $0.00 |
| Total Value | $3,980.00 | $1,390.00 |
| CAUV Value | | $0.00 |
| Taxable Value | | $1,390.00 |

### TAX - Tax Year 2016 Payable 2017
| | |
|---|---|
| Prior Delinquency | $0.00 |
| Full Year Total | $79.58 |
| Payments | $0.00 |
| Half Year Due | $39.79 |
| Full Year Due | $79.58 |

For the most current tax information, please contact the Athens County Treasurer at 740-592-3231.

### MAP



### LAND
| Description | Frontage | Depth | Acreage | SqFt | Value |
|---|---|---|---|---|---|
| 1 - | 90 | 150 | N/A | N/A | $3,980 |

### AGRICULTURAL
| Soil | Soil Use Code | Soil Type | Use Type | Acres | Value |
|---|---|---|---|---|---|

### SALES
| Date | Buyer | Seller | Price | Validity |
|---|---|---|---|---|
| 6/2/2011 | SHULER JERALD D | DLJ MORTGAGE CAPITAL INC | $33,000.00 | 5 LIQUIDATION/FORECLOSURE |
| 5/12/2011 | DLJ MORTGAGE CAPITAL INC | O'NAIL MICHAEL K & | $20,000.00 | 5 LIQUIDATION/FORECLOSURE |
| 5/1/1988 | | | $40,000.00 | 1 MULTIPLE PARCELS QUALIFIED |